THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MITCHELL K. DAVIS,<br><br>    Plaintiff,<br><br>   v.<br><br>FUJITEC AMERICA, INC., a Foreign Profit Corporation; NATIONAL ELEVATOR INSPECTION SERVICES, INC.; and MICHAEL J. PANZO, an individual,<br><br>    Defendants. | NO. 3:21-cv-05631-RSM<br><br>STIPULATED MOTION TO ALTER CASE SCHEDULE PURSUANT TO LCR 10(G)<br><br>NOTE ON MOTION CALENDAR:<br>JUNE 28, 2022 |

COMES NOW all parties, through counsel of record, and submits this Stipulated Motion and Order pursuant to Local Rules 7(d)(1) and 10(g) to alter the case schedule as set forth in Dkt. 16.

## I.   JUSTIFICATIONS FOR PROPOSED CHANGE

This is a claim for personal injury.  Plaintiff alleges that a damaged and defective elevator caused him bodily injuries.  Defendant National Elevator Inspection Services, Inc. has a motion to dismiss Plaintiff's claims pursuant to Civil Rule 12(b)(6) and 8(a)(2).  The motion was noted on the Court's motion calendar for Friday October 1, 2021.  To date the Court has not issued an order on this motion.

{TTP2638648.DOCX;1/07214.000001/ }
STIPULATED MOTION TO ALTER SCHEDULE - 1
3:21-cv-05631-RSM

OGDEN MURPHY WALLACE, P.L.L.C.
901 5th Ave, Suite 3500
Seattle, WA 98164
Tel: 206-447-7000/Fax: 206-447-0215

The discovery needed to prepare the case for trial will depend on the outcome of the pending motion. The parties all need additional time to complete fact and expert discovery. The parties wish to avoid unnecessary expense and/or duplication of efforts. A 90-day alteration of the deadlines below is justified on that basis:

| Topic | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclosure of Expert Testimony Under FRCP 26(a)(2) | July 13, 2022 | October 14, 2022 |
| Deadline for filing discovery motions | August 12, 2022 | November 14, 2022 |
| Discovery Completed by | September 12, 2022 | December 12, 2022 |
| Dispositive Motions Filed by | October 11, 2022 | January 12, 2023 |

## II.   STIPULATION

The above-proposed deadlines are stipulated and agreed to by all parties.

Dated this 28th day of June, 2022.

OGDEN MURPHY WALLACE, PLLC

  /s/Athan Tramountanas
By /s/Timothy Parker_____
   Athan E. Tramountanas, WSBA No. 29248
   Timothy T. Parker, WSBA No. 43674
   Attorneys for Defendant Bureau
   Veritas National Elevator Inspection
   Services, Inc. f/k/a National Elevator
   Inspection Services, Inc., and Defendant
   Michael J. Panzo


BUZZARD O'ROURKE, PS


By /s/Shane M. O'Rourke_____
   Shane M. O'Rourke, WSBA No. 39927
   Attorney for Plaintiff

{TTP2638648.DOCX;1/07214.000001/ }
STIPULATED MOTION TO ALTER SCHEDULE - 2
3:21-cv-05631-RSM

OGDEN MURPHY WALLACE, P.L.L.C.
901 5th Ave, Suite 3500
Seattle, WA 98164
Tel: 206-447-7000/Fax: 206-447-0215

BULLIVANT HOUSER BAILEY PC

/s/E. Pennock Gheen
By /s/Evelyn E. Winters
 E. Pennock Gheen, WSBA No. 14969
 Evelyn E. Winters, WSBA No. 44936
 Attorneys for Defendant Fujitec America, Inc

### III. ORDER

It is so ordered.

DATED this 30th day of June, 2022.

_[signature]_
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

{TTP2638648.DOCX;1/07214.000001/ }
STIPULATED MOTION TO ALTER SCHEDULE - 3
3:21-cv-05631-RSM

OGDEN MURPHY WALLACE, P.L.L.C.
901 5th Ave, Suite 3500
Seattle, WA 98164
Tel: 206-447-7000/Fax: 206-447-0215

## CERTIFICATE OF SERVICE

I certify under the laws of the United States of America that on this day, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all counsel of record.

DATED this 28th day of June, 2022

/s/Timothy Parker
Timothy Parker

{TTP2638648.DOCX;1/07214.000001/ }
STIPULATED MOTION TO ALTER SCHEDULE - 4
3:21-cv-05631-RSM

OGDEN MURPHY WALLACE, P.L.L.C.
901 5th Ave, Suite 3500
Seattle, WA 98164
Tel: 206-447-7000/Fax: 206-447-0215